No. 540, Misc. GREEN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Edgar Paul Boyko* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 565, Misc. MYERS *v.* ISTHMIAN LINES, INC. C. A. 1st Cir. Certiorari denied. *Francis H. Farrell* and *Nathan Greenberg* for petitioner. *Seymour P. Edgerton, Robert J. Hallisey* and *Hiller B. Zobel* for respondent.

No. 570, Misc. CAPAZZANO *v.* ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 572, Misc. JANIEC *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 584, Misc. WEBB *v.* NEW MEXICO. Supreme Court of New Mexico. Certiorari denied.

No. 585, Misc. MITMAN *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 607, Misc. WATSON *v.* COLORADO. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondent.

No. 644, Misc. BERMAN *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.